IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JUDY HUNTER, et al.,

      Plaintiffs,

vs.

BERKSHIRE HATHAWAY INC.,          No. 4:14-CV-663-Y

      Defendant.

ORDER STAYING DISCOVERY AND PRE-TRIAL DEADLINES,
ADMINISTRATIVELY CLOSING CASE, AND SETTING DEADLINE
FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
(With Special Instructions to the Clerk of the Court)

This matter came before the Court on the Joint Motion of Plaintiffs and Defendant to Stay Proceedings and Vacate Discovery and Pre-Trial Motions Deadlines in Aid of Settlement (ECF No.124).  After reviewing the motion, the Court concludes that it should be and hereby is GRANTED.  All discovery and pre-trial deadlines in this matter are hereby STAYED, and this case is ADMINISTRATIVELY CLOSED, pending the parties' documentation of a definitive settlement agreement and Plaintiff's filing of an unopposed motion for preliminary approval of that settlement pursuant to Federal Rule of Civil Procedure 23(e).  Plaintiff shall file that motion or notify the Court that a final settlement agreement was not reached no later than **December 13, 2019.**

      SIGNED October <u>30</u>, 2019.

                _Terry R. Means_____
                TERRY R. MEANS
                UNITED STATES DISTRICT JUDGE