IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JUDY HUNTER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BERKSHIRE HATHAWAY INC.,<br><br>    Defendant. | No. 4:14-CV-663-Y |

### ORDER GRANTING MOTION TO EXTEND DEADLINE

This matter came before the Court on the Joint Motion of Plaintiffs and Defendant to Extend Deadline for Filing Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 128). After reviewing the motion, and good cause appearing, the Court concludes that it should be and hereby is GRANTED.  The deadline for Plaintiffs to file their unopposed motion for approval of class action settlement is extended from December 20, 2019, to and including **January 6, 2020.**

SIGNED December 18, 2019.

                                                TERRY R. MEANS
                                                UNITED STATES DISTRICT JUDGE